NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD DON CUTHBERTSON, )
)
     Appellant, )
)
v. ) Case No. 2D18-4056
)
STATE OF FLORIDA, )
)
     Appellee. )
_____ )

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph A. Bulone,
Judge.

PER CURIAM.

     Affirmed.  See § 775.084(1)(d), (3)(c)(5), Fla. Stat. (2014); Johnson v.

State, 60 So. 3d 1045 (Fla. 2011); Smith v. State, 909 So. 2d 972 (Fla. 2d DCA 2005);

Boyd v. State, 880 So. 2d 726 (Fla. 2d DCA 2004).

CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.